In re MARINE CONSTRUCTION & DRY DOCK CO. et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) In the matter of the Marine Construc-

tion & Dry Dock Company. William J. Burlee, trustee, appellant. Application of Froment & Co., lienors. No opinion. Motion to dismiss appeal denied.